# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

LaQuenza M. Lilly ) Case Number _____
Plaintiff(s), )
)
v. Nashville, TN ) Judge _____
)
Metro Police Department ) Magistrate Judge _____
Defendant(s). )

## 42 USCS § 1983 Act, Claim
(Type of Pleading)

Count 1 On 7/10/23 on Glastonbury Rd Nashville, TN Metro Swat Team K-9 Handler John Doe violated Plaintiff Mr Lilly Fourth and Fourteenth Amendment.

When he deprive any person of life, liberty or property, without due process of law, nor denying any person within its jurisdiction the equal protection of the law

Also unreasonable searches and seizures. When the Swat team K-9 Handler John Doe use excessive Force. When he commented Attempted Murder and Assaulting the Plaintiff. When the Plaintiff was already

subdued and was under control of officers and wasn't trying actively resisting arrest or attempting to evade arrest by flight. He kept the K-9 bite and making the K-9 grind its teeth and tear a subdued Plaintiff.

So base upon the foregoing allegations contained in this complaint. The Plaintiff be entitled to recover a judgment against the defendant jointly and severally in the amount of 1,000,000 dollars in compensatory damages and 1,434,000 dollars in punitive damages

Also Injuries: Hand and Arm! I lost control of my hand. Where I had to get surgery and months of therapy has suffered severe physical pain, discomfort, physical impairment, disfigurement, disability and mental anguish.

_Lilly_
(Signature)

LaQuenzo Lilly
(Print Name)

P.O. Box 196393
Nashville, TN 37219

(Address & Telephone Number, if any)

CERTIFICATE OF SERVICE

The undersigned hereby certifies that the (pleading)_____
has been served on:

(Name) _____
(Address) _____
(Address) _____

(Name) _____
(Address) _____
(Address) _____

(Name) _____
(Address) _____
(Address) _____

(Name) _____
(Address) _____
(Address) _____

(Name) _____
(Address) _____
(Address) _____

(Name) _____
(Address) _____
(Address) _____

(Name) _____
(Address) _____
(Address) _____

(Name) _____
(Address) _____
(Address) _____

(Name) _____
(Address) _____
(Address) _____

on the _____ day of _____, 20____.

_____
Signature